UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-14373-CIV-MOORE/LYNCH

JOHN MORRIS GILLETTE,

      Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner,
Social Security Administration,

      Defendant.

_____/



FILED by _____ D.C.

JAN 3 0 2012

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - FT. PIERCE

## ORDER SETTING TELEPHONIC CONFERENCE HEARING

**THIS CAUSE** having come on to be heard sua sponte, and this Court having reviewed the court file and noting that the Defendant has answered the Complaint, it is hereby

**ORDERED AND ADJUDGED** that the Commissioner shall provide this Court with a copy of the entire transcript of the record of proceedings within twenty-one (21) days of the date of this Order, it is further

**ORDERED AND ADJUDGED** that a telephonic conference hearing on the Complaint, Answer, and pending motions is **SET** for **THURSDAY, AUGUST 2, 2012, at 10:30 a.m.** Since the Plaintiff is proceeding pro se in this matter, counsel for the Defendant shall initiate the conference call to the pro se Plaintiff and to Chambers at (772) 467-2320, it is further

**ORDERED AND ADJUDGED** that each party shall file with this Court a notice concerning their respective positions on magistrate jurisdiction within **thirty (30) days** of the date of this Order, it is further

**ORDERED AND ADJUDGED** that both parties shall file a Motion for Summary Judgment, setting forth the reasons for relief and including citations to the administrative record and relevant legal authorities. **The motions are due sixty (60) days <u>from the date of this Order</u>**. The responses and replies filed in respect to such motions shall be filed in strict accordance with the deadlines established by Local Rules 7.1 and 7.5. No extensions shall be granted. It is further

**ORDERED AND ADJUDGED** that the parties are advised that after the hearing on the pleadings and arguments, this Court will rule by way of summary judgment in favor or either the Plaintiff or the Defendant.

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida, this _30n_ day of January, 2012.

FRANK J. LYNCH, JR.
UNITED STATES MAGISTRATE JUDGE

Copies furnished:
AUSA James A. Weinkle

John Morris Gillette, pro se
1801 Indian River Blvd.
Unit 7C
Vero Beach, FL 32960