UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-14373-CIV-MOORE/LYNCH

JOHN MORRIS GILLETTE,

    Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner,
Social Security Administration,

    Defendant.
_____/

FILED by _____ D.C.

APR - 4 2012

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - FT. PIERCE

## ORDER

**THIS CAUSE** comes before this Court upon its own motion. Having reviewed the case record, noting that the Plaintiff is representing himself, this Court finds as follows:

1. On January 30, 2012 this Court scheduled this case for a telephonic hearing on Thursday, August 2, 2012. That Order also gave deadlines for filing notices regarding magistrate jurisdiction and for filing summary judgment motions.

2. This Court addresses the subject of magistrate jurisdiction first. As the attached form and instructions explain, the Plaintiff has the option of choosing the undersigned magistrate judge to serve as the trial judge. If the Plaintiff does consent to magistrate trial jurisdiction, then the undersigned magistrate judge will rule on the summary judgment motions directly by his own Order. Or, if the Plaintiff does not

consent, the undersigned magistrate judge will rule on the summary judgment motions by way of a Report and Recommendation. Then it will be for District Judge Moore to make the final ruling. That is the main practical difference. Whether the Plaintiff consents or not will not affect the substance of this Court's ruling.

3.  Next this Court addresses the subject of summary judgment motions. The Defendant filed his Motion for Summary Judgment on March 30, 2012, and he mailed a copy of it to the Plaintiff. This type of motion gives each party the opportunity to explain to the Court his respective position. From the Plaintiff's perspective, the motion gives him the opportunity to explain to the Court why his disability claim should have been granted.

4.  The Plaintiff did not file a Motion for Summary Judgment by the given deadline. (Nor has the Plaintiff responded to the Defendant's Motion for Summary Judgment, although he has until April 16, 2012 to do so.) In its Order this Court said that no extensions of time would be granted. However, given the fact that the Plaintiff is representing himself and given the fact that there still is time before the August 2, 2012 hearing, this Court finds good cause here to extent that deadline. Should the Plaintiff choose to do so, he may file his Motion for Summary Judgment by Friday, April 20, 2012. If he does not file a Motion

for Summary Judgment, the case will be decided on the basis of his Complaint and his arguments at the hearing.

5.   This Court reminds the parties that the evidentiary record is "closed". This case is essentially an appeal of the Commissioner's denial of his disability claim. The issue before this Court is whether the Commissioner's decision should be affirmed or reversed. That means that this Court's ruling is limited to the already prepared administrative record. This Court cannot review the decision against evidence that was not already presented to the Commissioner.

It is therefore,

**ORDERED AND ADJUDGED** that if the Plaintiff does consent to magistrate trial jurisdiction, he shall file a Notice of Consent with the Clerk of Court by **Friday, April 20, 2012**. He may submit his Notice of Consent either in the form that the Defendant used in his Consent to Magistrate Jurisdiction (filed on February 2, 2012). Or, he may fill out the top part of the "Notice of Right to Consent" form (Form AO 85) that is attached to this Order and submit it. It is further,

**ORDERED AND ADJUDGED** that the Plaintiff has until **Friday, April 20, 2012** to file his Motion for Summary Judgment. It is further,

**ORDERED AND ADJUDGED** that this Court reminds the parties to follow the important instructions regarding the hearing in the

Order Setting Telephonic Conference Hearing (filed January 30, 2012).

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida, this ____ day of April, 2012.

FRANK J. LYNCH, JR.
UNITED STATES MAGISTRATE JUDGE

cc: James A. Weinkle, AUSA
    John Morris Gillette, pro se

AO 85 (Rev. 01/09) Notice, Consent, and Reference of a Civil Action to a Magistrate Judge

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| John Morris Gillette | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 11-14373-CIV |
| Commissioner, Social Security Administration | ) | |
| *Defendant* | ) | |

### NOTICE, CONSENT, AND REFERENCE OF A CIVIL ACTION TO A MAGISTRATE JUDGE

*Notice of a magistrate judge's availability.* A United States magistrate judge of this court is available to conduct all proceedings in this civil action (including a jury or nonjury trial) and to order the entry of a final judgment. The judgment may then be appealed directly to the United States court of appeals like any other judgment of this court. A magistrate judge may exercise this authority only if all parties voluntarily consent.

You may consent to have your case referred to a magistrate judge, or you may withhold your consent without adverse substantive consequences. The name of any party withholding consent will not be revealed to any judge who may otherwise be involved with your case.

*Consent to a magistrate judge's authority.* The following parties consent to have a United States magistrate judge conduct all proceedings in this case including trial, the entry of final judgment, and all post-trial proceedings.

| *Parties' printed names* | *Signatures of parties or attorneys* | *Dates* |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

### Reference Order

**IT IS ORDERED:** This case is referred to a United States magistrate judge to conduct all proceedings and order the entry of a final judgment in accordance with 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73.

Date: _____   _____
*District Judge's signature*

_____
*Printed name and title*

Note: Return this form to the clerk of court only if you are consenting to the exercise of jurisdiction by a United States magistrate judge. Do not return this form to a judge.